In Re the Marriage of Norma M. HAWKINS, Appellant/Cross-Respondent,

v.

Marvin K. HAWKINS, Respondent/Cross-Appellant.

Nos. 58662, 58716.

Missouri Court of Appeals, Eastern District, Division Two.

Oct. 22, 1991.

Mason W. Klippel, Clayton, for appellant/cross-respondent.

David E. Wilson, Clayton, for respondent/cross-appellant.

ORDER

PER CURIAM.

Husband and wife both appeal from the trial court's judgment in a dissolution decree. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).

STATE of Missouri, Plaintiff-Respondent,

v.

Fred HILL, Defendant-Appellant.

No. 59303.

Missouri Court of Appeals, Eastern District, Division Two.

Oct. 22, 1991.

Marcie W. Bower, Columbia, for defendant-appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

ORDER

PER CURIAM.

Defendant, Fred Hill, appeals from his conviction, after a jury trial, of delivery of a controlled substance. Defendant was sentenced to imprisonment for 10 years.

No jurisprudential purpose would be served by a written opinion. Defendant's conviction is affirmed. Rule 30.25(b).